# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC ZIMMERMAN,
            Appellant,

vs.

SPORTS CHALET, L.L.C.,
            Respondent.

No. 85584

**FILED**

NOV 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying appellant's application for a default judgment. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from a district court order denying an application for a default judgment. Accordingly, this court lacks jurisdiction to consider this appeal and

ORDERS this appeal DISMISSED.[1]

_____, J.
Cadish

_____, J.
Pickering

_____, Sr. J.
Gibbons

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in this matter under a general order of assignment.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-35494

cc: Hon. Crystal Eller, District Judge
Isaac Zimmerman
Rogers, Mastrangelo, Carvalho & Mitchell, Ltd.
Eighth District Court Clerk